538 A.2d 493

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**James BORTNER, Appellee.**

Supreme Court of Pennsylvania.

Argued Nov. 10, 1987.

Decided Feb. 29, 1988.

James P. MacElree, II, Dist. Atty., Stuart Suss, Director of Appeals, for appellant.

John R. Merrick, Public Defender, Sara R. Nichols, John J. Stanzione, Asst. Public Defenders, Timothy I. Melvin, West Chester, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER OF COURT

PER CURIAM.

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents.